IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DAVID OLIVER, #285 230,            )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )   CIVIL ACTION NO.:  2:13-CV-80-TMH
                                   )              [WO]
KILBY CORRECTIONAL FACILITY        )
MEDICAL STAFF, *et al.*,           )
                                   )
        Defendants.                )

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On February 14, 2013 the undersigned directed Plaintiff to forward to the court an inmate account statement reflecting the average monthly balances and deposits to his prison account for the 6-month period immediately preceding the filing of this complaint to assist the court in determining whether he should be allowed to proceed *in forma pauperis* in this cause of action.  (*Doc. No. 3.*) Plaintiff was cautioned that his failure to comply with the February 14, 2013 order would result in a Recommendation that his complaint be dismissed. (*Id.*) By order entered March 4, 2013 the court granted Plaintiff an extension to and including March 14, 2013 to comply with the February 14 order.  Plaintiff filed nothing in response to the court's orders.  Accordingly, on May 6, 2013 the court directed Plaintiff to show cause why his case should not be dismissed for his failure to comply with the orders of the court regarding the filing of an inmate account statement.  (*Doc. No. 7.*)

The requisite time has passed and Plaintiff has not provided the court with his inmate

account statement nor has he responded to the court's May 6 order to show cause. Consequently, the court concludes that dismissal of this case is appropriate for Plaintiff's failures to comply with the orders of the court and to prosecute this action.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be DISMISSED without prejudice for Plaintiff's failures to comply with the orders of this court and to prosecute this action.

It is further

ORDERED that **on or before July 5, 2013** Plaintiff may file an objection to the Recommendation. Any objection filed must specifically identify the findings in the Magistrate Judge's Recommendation to which Plaintiff objects. Frivolous, conclusive or general objections will not be considered by the District Court. Plaintiff is advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file a written objection to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done, this 19th day of June 2013.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE